IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DAVID D. PALMER,                              :

          Petitioner,                        :
                                                        Case No. 3:10cv078
     vs.                                     :
                                                JUDGE WALTER HERBERT RICE
MAGGIE BRADSHAW, WARDEN,                      :

          Respondent.                        :

---

DECISION AND ENTRY OVERRULING PETITIONER'S OBJECTIONS
(DOC. #8) TO THE REPORT AND RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE (DOC. #7); REPORT AND
RECOMMENDATIONS ADOPTED; DIRECTIVE TO PETITIONER;
TERMINATION ENTRY

---

Based upon the reasoning set forth by the United States Magistrate Judge in
her Report and Recommendations (Doc. #7), this Court overrules the Petitioner's
Objections (Doc. #8) to said judicial filing.  In addition, the Court adopts the Report
and Recommendations (Doc. #7).  Simply stated, Petitioner has requested a second
or successive writ of habeas corpus.  Only the Sixth Circuit Court of Appeals can
authorize the filing of such a petition.  See 28 U.S.C. § 2244(b)(3).  Therefore, this
Court dismisses the Petitioner's request for a writ of habeas corpus.  If he wants to
file a second or successive petition, he must initially obtain permission from the
Sixth Circuit in accordance with § 2244(b)(3).

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 30, 2010

/s/ Walter Herbert Rice
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.